### 5485.  POWELL *v.* THE STATE.

RUSSELL, C. J. The jury are the judges of the credibility of all the witnesses; and while the testimony of some of the witnesses for the State is insufficient to authorize the conviction of the accused, one witness positively testified that the accused participated in a game of cards played for money. There being, therefore, evidence to support the verdict, and the trial judge being satisfied therewith, the judgment refusing a new trial will not be reversed.

<em>Judgment affirmed. Roan, J., absent.</em>

· DECIDED MARCH 26, 1914.

Accusation of gaming; from city court of Griffin—Judge Flynt. December 20, 1913.

*Connor & Mills,* for plaintiff in error.

*W. H. Beck,* solicitor, contra.